UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-00211-SNLJ |
| | ) | |
| MELISSA LEADBETTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 2] and correspondence regarding that motion [Doc. 4]. Plaintiff failed to provide the trust fund account statement required by 28 U.S.C. § 1915. He claims the Ste. Genevieve County Jail is refusing to provide him with an account statement.

Prison officials must provide inmates with "meaningful access to the courts." *Bounds v. Smith*, 430 U.S. 817, 824 (1977). Section 1915 requires a prisoner to "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint." If an inmate's lawsuit is dismissed because an institution refuses to provide that information, it could be construed as denying the inmate access to the courts.

Under the circumstances, the Court will not deny the motion but will instead grant plaintiff additional time to obtain the information. After the trust fund account statement is received and plaintiff's filing fee status is determined, the Court will review plaintiff's complaint as required by 28 U.S.C. § 1915A. As part of the merit review, any portion of

the complaint that is frivolous, malicious, fails to state a claim for relief, or requests money damages from an immune defendant must be dismissed. 28 U.S.C. § 1915A(b). Until the merit review is completed, no other action will be taken in your case, absent extraordinary circumstances. Plaintiff's motion for appointment of counsel will be considered at the time of the merit review.

Finally, plaintiff is informed that Local Rule 4.04A requires that any communication directed to the Court be in the form of a motion or other pleading and not a letter. All mail to the Court should be addressed as follows: U.S. District Court, Attn: Clerk's Office, 555 Independence Street, Cape Girardeau, Missouri 63703. Finally, plaintiff is advised that he must notify the Court within fourteen (14) days of any change of address by filing a Notice of Change of Address. Failure to do so could result in dismissal of this case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall provide the Clerk of Court with a copy of his trust fund account statement (or institutional equivalent) for the six (6) month period prior to September 17, 2026, within twenty-one (21) days. The Clerk of Court is **DIRECTED** to mail a copy of this Order and the attached Certification form to the plaintiff and the Ste. Genevieve County Jail Administrator.

**SO ORDERED** this 2nd day of October, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE