IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:26-cv-00211-SNLJ |
| | ) | |
| MELISSA LEADBETTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on a supplement filed by plaintiff [Doc. 11]. The supplement contains complaints about incidents that occurred after the complaint was filed. The Federal Rules of Civil Procedure and this Court's Local Rules do not authorize filing exhibits separately from the original complaint, an amended complaint, or a motion. All litigants, including self-represented litigants, must comply with substantive and procedural law. *Brown v. Frey*, 806 F.2d 801, 804 (8th Cir. 1986). Therefore, document 11 will be stricken and deleted from the record.

Accordingly,

**IT IS HEREBY ORDERED** that document 11 is **STRICKEN** from the record.

**SO ORDERED** this 26th day of October, 2026.

**STEPHEN N. LIMBAUGH, JR.**
**SENIOR UNITED STATES DISTRICT JUDGE**